IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

YELLOW BOOK SALES AND )
DISTRIBUTION COMPANY, INC., )
    Plaintiff, )
)
v. ) Civil Action No. 1:10cv539
)
ALL FIRST INC., )
AMIT K. JAIN, )
MARK LAMPMAN, )
    Defendants. )

## ORDER

Upon consideration of the November 19, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the November 19, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against all three defendants, as follows:

1. Judgment is entered in favor of plaintiff and against defendant All First Inc., d/b/a All First Services, Inc., d/b/a Service Doctors, in the total amount of $579,211.45.

2. Of this total amount, defendant Amit K. Jain, a/k/a John Amit, a/k/a John Jain, a/k/a Jain Amit is jointly and severally liable for $438,263.46, and defendant Mark Lampman is jointly and severally liable for $153,438.27.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place

1

this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants and to all counsel of record.

Alexandria, Virginia
December 6, 2010

/s/
T. S. Ellis, III
United States District Judge